United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    STEVEN WAYNE BONILLA,                Case Nos.   25-cv-6189-PJH

8              Plaintiff,                              25-cv-6267-PJH
                                                      25-cv-6269-PJH
9        v.                                           25-cv-6276-PJH
                                                      25-cv-6277-PJH
10                                                    25-cv-6278-PJH
     ALAMEDA COUNTY SUPERIOR                          25-cv-6280-PJH
11   COURT et. al.,                                   25-cv-6281-PJH
              Defendants.                             25-cv-6300-PJH
12                                                    25-cv-6301-PJH
13                                                    25-cv-6302-PJH
                                                      25-cv-6303-PJH
14                                                    25-cv-6344-PJH
15                                                    25-cv-6345-PJH
                                                      25-cv-6346-PJH
16                                                    25-cv-6347-PJH
17                                                    25-cv-6348-PJH
                                                      25-cv-6349-PJH
18                                                    25-cv-6350-PJH
19                                                    25-cv-6352-PJH
20                                                    25-cv-6354-PJH
21                                                    25-cv-6356-PJH
22                                                    25-cv-6357-PJH
23                                                    25-cv-6358-PJH
24                                                    25-cv-6359-PJH
25                                                    25-cv-6360-PJH
26                                                    25-cv-6371-PJH
27                                                    25-cv-6436-PJH
28                                                    25-cv-6438-PJH

United States District Court
Northern District of California

1    25-cv-6439-PJH
2    25-cv-6546-PJH
3    25-cv-6575-PJH
4    25-cv-6576-PJH
5    25-cv-6577-PJH
6    25-cv-6578-PJH
7    25-cv-6579-PJH
8    25-cv-6580-PJH
9    25-cv-6581-PJH
10   25-cv-6583-PJH
11   25-cv-6584-PJH
12   25-cv-6585-PJH
13   25-cv-6663-PJH
14   25-cv-6664-PJH
15   25-cv-6665-PJH
16   25-cv-6666-PJH
17   25-cv-6681-PJH
18   25-cv-6683-PJH
19   25-cv-6684-PJH
20   25-cv-6758-PJH
21   25-cv-6759-PJH
22   25-cv-6760-PJH
23   25-cv-6761-PJH
24   25-cv-6762-PJH
25   25-cv-6763-PJH
26   25-cv-6764-PJH
27   25-cv-6765-PJH
28   25-cv-6845-PJH
     25-cv-6848-PJH
     25-cv-6850-PJH
     25-cv-6851-PJH
     25-cv-6853-PJH
     25-cv-6854-PJH
     25-cv-6855-PJH
     25-cv-6893-PJH
     25-cv-6894-PJH
     25-cv-6895-PJH

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

25-cv-6897-PJH
25-cv-6898-PJH

**ORDER DISMISSING MULTIPLE
CASES WITH PREJUDICE**

Plaintiff, a state prisoner, filed multiple pro se civil rights complaints under 42 U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471 YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

Plaintiff presents nearly identical claims in these actions.  He names as defendants various federal judges, state judges, and state courts.  He seeks relief regarding his underlying conviction or how his other cases were handled by the state and federal courts.

To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases, he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case No. 13-0951 CW.

The allegations in these complaints do not show that plaintiff was in imminent danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S. District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*, 828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with prejudice.  The court notes that plaintiff has an extensive history of filing similar frivolous

3

1    cases.[1]

2       Furthermore, these are not cases in which the undersigned judge's impartiality

3   might be reasonably questioned due to the repetitive and frivolous nature of the filings.

4   *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

5   reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

6   assigned to that judge). [2]

7       The clerk shall terminate all pending motions and close these cases.  The clerk

8   shall return, without filing, any further documents plaintiff submits in these closed cases.

9       **IT IS SO ORDERED.**

10  Dated: August 20, 2025

11

12                                         */s/ Phyllis J. Hamilton*

13                                         PHYLLIS J. HAMILTON
                                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25  [1] The undersigned is the fourth judge assigned cases filed by plaintiff.  This is the 78th
    order issued by the undersigned since April 30, 2020, pertaining to 1,230 different cases.
26  Plaintiff filed 962 other cases with the three other judges since 2011.
    [2] Plaintiff names the undersigned as a defendant in four of these cases, though presents
27  no specific allegations.  *See* Case Nos. 25-6281, 25-6546, 25-6681, 25-6763.  Plaintiff
    does not seek recusal, nor is recusal warranted considering the frivolous nature of the
28  cases.

United States District Court
Northern District of California